ROBERT C. LAMANUZZI, 213673
Attorney at Law
2020 Tulare Street  Suite A
Fresno, CA 93721

Attorney for Defendant
William Cornelius

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM JOHN CORNELIUS,<br><br>　　　　　　Defendant. | 1:13-Cr-00209 AWI<br><br>ORDER FOR EXAMINATION<br>UNDER  TITLE 18 UNITED STATES CODE<br>SECTION 4241 - Mental Competency of Defendant |

　　　On February 3, 2014 the above-captioned case was scheduled for a change of plea hearing. At that time, the defendant was personally present and was represented by Robert Lamanuzzi, counsel for the defendant, the United States was represented by Assistant U.S. Attorney David Gappa.

　　　Defense counsel stated that he had recently visited the defendant and, based upon that visit, as well as additional information that he had received, defense counsel had concerns about the defendant's mental competence and/or the defendant's ability to effectively participate in his own defense.

　　　ACCORDINGLY, IT IS HEREBY ORDERED THAT defendant William John Cornelius will be committed to the custody of the Attorney General and examined, under Title 18, United States Code, Section 4241, by an appropriate medical professional employed by the United States Bureau of Prisons to determine whether the defendant may presently be suffering from a mental

disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS FURTHER ORDERED THAT, once the defendant has been examined, a relevant medical professional prepare a psychiatric or psychological report to the court, under United States Code sections 4247(b) and (c). If possible, this report shall be submitted no later than March 18, 2014.

IT IS FURTHER ORDERED THAT, upon examination of the defendant, should the defendant require psychiatric or medical treatment, treatment commence immediately for such a reasonable period of time, not to exceed four months.

IT IS FURTHER ORDERED that this case be continued for another status conference on March 24, 2014, and that time under the Speedy Trial Act be excluded through that date under 18 U.S.C. §§ 3161(h)(1)(A) and (G) and 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   February 19, 2014

SENIOR DISTRICT JUDGE