IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:13-Cr-00209 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTIUNING STATUS CONFERENCE |
| | ) | TO PERMIT EXAMINATION ORDERED |
| v. | ) | UNDER TITLE 18 UNITED STATES CODE |
| | ) | SECTION 4241 - Mental Competency of Defendant |
| | ) | |
| WILLIAM JOHN CORNELIUS, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

The parties have agreed to continue the status conference from March 24, 2014, to June 9, 2014, agree that Speedy Trial Act time be excluded through June 9, 2014, and request that the court issue the attached proposed order.

March 21, 2014        /s/ David Gappa
                      David Gappa
                      Assistant U.S. Attorney

                      /s/ Robert Lamanuzzi
                      Robert Lamuanuzzi
                      Counsel for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:13-Cr-00209 AWI |
| ) Plaintiff, ) | |
| ) | ORDER CONTIUNING STATUS CONFERENCE |
| ) | TO PERMIT EXAMINATION ORDERED |
| v. ) | UNDER TITLE 18 UNITED STATES CODE |
| ) | SECTION 4241 - Mental Competency of Defendant |
| ) | |
| WILLIAM JOHN CORNELIUS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On February 19, 2014, the court ordered that defendant William John Cornelius will be committed to the custody of the Attorney General and examined, under Title 18, United States Code, Section 4241, by an appropriate medical professional employed by the United States Bureau of Prisons to determine whether the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The court further ordered that once the defendant has been examined, a relevant medical professional prepare a psychiatric or psychological report to the court, under United States Code sections 4247(b) and (c).

1    The court learned on March 17, 2014, that the examination and report are not likely to be
2    available until April 11, 2014.   The defendant will also need to be transported back from San Diego,
3    where he is being examined, to Fresno for future court appearances.
4    Accordingly, it is ORDERED that the status conference scheduled for March 24, 2014, be
5    continued to June 9, 2014.
6    IT IS FURTHER ORDERED that time under the Speedy Trial Act be excluded through that
7    date under 18 U.S.C. §§ 3161(h)(1)(A) and (G) and 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:    March 24, 2014

SENIOR   DISTRICT   JUDGE