BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00209-AWI-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| WILLIAM JOHN CORNELIUS, | |
| Defendant. | |

WHEREAS, on July 24, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant William John Cornelius in the following property:

    a. One Dell laptop computer, serial number CN-0KY767-48643-7A6-0163;

    b. One Seagate 160 GB internal hard drive, serial number 5SV3B17;

    c. One Dell Dimension computer tower, serial number D25P231;

    d. One Western Digital 400 internal hard drive, serial number WMAATD635656;

    e. One Dell computer tower, serial number 8FBN61a;

    f. One Western Digital 800 internal hard drive, serial number WMA8E7890865;

    g. One Western Digital 1600BB internal hard drive, serial number WMANM5748630; and

    h. One Western Digital 800 internal hard drive, serial number WMAA51094748.

AND WHEREAS, beginning on August 15, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of William John Cornelius.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   January 6, 2015                              _____
                                                                         SENIOR DISTRICT JUDGE

FINAL ORDER OF FORFEITURE                          2