Carolyn D. Phillips, #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California 93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Defendant William John Cornelius

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-209 JLT BAM |
| *Plaintiff,* | JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS HEARING TO NOVEMBER 3, 2023 at 2 p.m.; ORDER |
| v. | |
| WILLIAM JOHN CORNELIUS, | |
| *Defendant.* | |

The parties file the following joint status report and stipulate to continue the status hearing scheduled in this matter for October 20, 2023, at 2 p.m., to November 3, 2023, at 2 p.m.

On October 18, 2023, this Court appointed attorney, Carolyn Phillips to represent defendant WILLIAM JOHN CORNELIUS in the above-entitled matter. Additional time is necessary for investigation and preparation of a defense. The parties by and through their respective counsel stipulate and agree to continue the Status Hearing from

*Joint Status Report; Stipulation to Continue Status Hearing to November 3, 2023, at 2 p.m.*

October 20, 2023, to November 3, 2023 at 2 p.m.

**IT IS SO STIPULATED.**

Dated:  October 18, 2023            Respectfully submitted,

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
WILLIAM CORNELIUS

Dated: October 18, 2023            PHILLIP A. TALBERT
United States Attorney

By: /s/ David Gappa
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

**ORDER**

**IT IS ORDERED** that the Status Hearing set in this matter for October 20, 2023, at 2 p.m., be continued to November 3, 2023, at 2 p.m.

Dated:  10/19/2023            *Sheila K. Oberto*
Hon. Shelia Oberto
United States Magistrate Judge

*Joint Status Report; Stipulation to Continue Status Hearing to November 3, 2023, at 2 p.m.*