Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Defendant William John Cornelius

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-209 JLT BAM |
| *Plaintiff,* | JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS HEARING TO NOVEMBER 16, 2023 at 2 p.m.; ORDER THEREON |
| v. | |
| WILLIAM JOHN CORNELIUS, | |
| *Defendant.* | |

The parties file the following joint status report and stipulate to continue the status hearing scheduled in this matter for November 3, 2023, at 2 p.m., to November 16, 2023, at 2 p.m.

On October 24, 2023, Probation provided defense counsel the discovery in this matter which requires additional time to investigate and for further preparation of a defense.  The parties by and through their respective counsel stipulate and agree to continue the Status Hearing from November 3, 2023, to November 16, 2023, at 2 p.m.

*Joint Status Report; Stipulation to Continue Status Hearing to November 16, 2023, at 2 p.m.*

1

2

3        **IT IS SO STIPULATED.**

4    Dated:  November 1, 2023              Respectfully submitted,

5                                         /s/ Carolyn D. Phillips
                                          Carolyn D. Phillips
6                                         Attorney for Defendant
                                          WILLIAM CORNELIUS
7

8    Dated: November 1, 2023                  PHILLIP A. TALBERT
                                          United States Attorney
9
                                          By: /s/ David Gappa
10                                        Assistant U.S. Attorney
                                          Attorneys for Plaintiff
11                                        United States of America

12

13                               **ORDER**

14

15       **IT IS ORDERED** that the Status Hearing re Violation of Supervised Release,

16   currently set in this matter for November 3, 2023 at 2 p.m., be continued to November

17   16, 2023, at 2 p.m. before the Duty Magistrate Judge.

18   Dated:   **November 1, 2023**          /s/ _Erica P. Grosjean_
                                          UNITED STATES MAGISTRATE JUDGE
19

20

21

22,

23   *Joint Status Report; Stipulation to Continue Status Hearing to*
     *November 16, 2023, at 2 p.m.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22,
23

*Joint Status Report; Stipulation to Continue Status Hearing to November 16, 2023, at 2 p.m.*