Carolyn D. Phillips,  #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Defendant William John Cornelius

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-209 JLT BAM |
| *Plaintiff,* | ORDER AUTHORIZGIN THE FILING OF DOCUMENTS UNDER SEAL |
| v. | |
| WILLIAM JOHN CORNELIUS, | |
| *Defendant.* | |

The Court has received the Notice of Request to Seal Documents and Request to Seal Documents of Defendant WILLIAM CORNELIUS. The documents captioned <u>Exhibits 1 through  5 to Defendant Cornelius's Dispositional Memorandum</u>, attached as Exhibit "A" to the Request to Seal Documents, are ordered sealed and shall be filed and maintained under seal pending further order of this Court of the order of any higher Court having

*Defendant Cornelius's Notice of Request to Seal Documents*   1

1 | jurisdiction over the matter. These exhibits contain sensitive and private medical and mental
2 | health records.
3 | IT IS SO ORDERED.
4 |
5 | DATED: January 25, 2024
6 | _____
  | HONORABLE JENNIFER L. THURSTON
7 | UNITED STATES DISTRICT JUDGE