Carolyn D. Phillips,  #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Defendant William John Cornelius

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

WILLIAM JOHN CORNELIUS,

    *Defendant.*

_____

Case No. 1:13-cr-209 JLT BAM

MOTION TO TERMINATE CJA
APPOINTMENT OF CAROLYN
PHILLIPS AS ATTORNEY OF RECORD
AND [PROPOSED] ORDER

On September 8, 2014, Mr. Cornelius was sentenced to 78 months Bureau of
Prisons, 180 months supervised release for admitted violation of 18 U.S.C. §
2252(a)(4)(B), possession of one or more matters containing a visual depiction of a
minor engaged in sexually explicit conduct. ECF 49.  Mr. Cornelius began supervision
August 2, 2018.  On October 3, 2023, a violation petition was filed based on three
charges:  failure to participate in sex offender treatment as directed, unauthorized
access of the internet, and failure to follow instructions of the probation officer.  ECF 60.
The Court appointed undersigned counsel to represent Mr. Cornelius on October 17,
2023.  ECF 70.

On December 15, 2023, Mr. Cornelius admitted violation 2, unauthorized access of the internet and on January 29, 2024, the Court revoked supervised release and committed Mr. Cornelius to 5 months of custody, and to a term of 105 months of Supervised Release with conditions.  Charges 1 and 3 were dismissed.  ECF 89.

Having completed her representation of Mr. Cornelius, CJA attorney Carolyn Phillips now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Cornelius require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (855)656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  April 13, 2024                         Respectfully submitted,

                                               /s/ Carolyn D. Phillips
                                               Carolyn D. Phillips
                                               Attorney for Defendant
                                               WILLIAM CORNELIUS

*U.S. v. Cornelius - Motion to Terminate CJA Appointment*

2

1

[PROPOSED] ORDER

2

Having reviewed the notice and found that attorney Carolyn Phillips has

3

completed the services for which she was appointed, the Court hereby grants attorney

4

Phillips's request for leave to withdraw as defense counsel in this matter.  Should

5

Defendant seek further legal assistance, Defendant is advised to contact the Office of the

6

Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

7

Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (855)656-4360 (toll-

8

free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

9

The Clerk of Court is directed to serve a copy of this order on Defendant

10

Cornelius at the following address and to update the docket to reflect Defendant's pro

11

se status and contact information.

12

William Cornelius
3304 W. Alamos Ave.
Fresno, CA  93722

13

14

**IT IS SO ORDERED**

15

16

Dated: April 15, 2024

17

UNITED STATES DISTRICT JUDGE

18

19

20

21

22,

23