# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:13-cr-00209-JLT-BAM-1 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANT WILLIAM JOHN CORNELIUS'S PETITION FOR RELEASE OF PRESENTENCE INVESTIGATION REPORT AND SUPPLEMENTAL ATTACHMENTS TO COUNSEL OF RECORD** |
| WILLIAM JOHN CORNELIUS, | |
| Defendant. | |

Before the Court is Defendant's Petition for Release of Presentence Investigation Report and Supplemental Attachments to his counsel of record, Janice M. Bellucci. ECF. No. 94.

Having considered the same, Court hereby directs the United States Probation Office to release to attorney Janice M. Bellucci the following documents from the Court's file in this matter:

1. ECF No. 44    Disclosed Presentence Investigation Report (Draft)
2. ECF No. 45    Sentencing Presentence Investigation Report (Final)
3. ECF No. 46    Supplemental Attachments to Presentence Investigation Report

IT IS SO ORDERED.

Dated:  **August 7, 2025**

_____
UNITED STATES DISTRICT JUDGE